FILED
2016 Sep-26 AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SCOTT GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-1278-KOB-TMP |
| ) | |
| SERGEANT ENGLISH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This is an action alleging that the plaintiff was subjected to excessive force at the Shelby County Detention Center in Columbiana, Alabama. On August 25, 2015, the court granted the defendants' motion for summary judgment and entered judgment in favor of the defendants and against the plaintiff. (Doc. 47). On September 15, 2016, the court received correspondence from the plaintiff. (Doc. 49). The document was filed under this case number.

The letter states, *inter alia*, that he has been in solitary confinement at the Donaldson Correctional Facility for eight months, that he is being subjected to "black magic" because he is a Christian, and that he is "desperately trying to get back to population and go back to trial for a plea withdrawal." *Id.* at 2. He informs

the court that he not only wants to sue the persons who are mistreating him at Donaldson, but is seeking "a preliminary injunction and a way to get out of solitary." *Id.* at 2.

To the extent the plaintiff seeks damages or preliminary injunctive relief with regard to matters occurring at Donaldson, he may not make those claims in this case. Final judgment was entered in this action on August 25, 2016. In order to pursue his claims, he must institute a new and separate civil action using the forms enclosed with this order.

Even if final judgment had not yet been entered, the plaintiff's motion for preliminary injunctive relief would not be cognizable in this action. A preliminary injunction may be granted to afford "intermediate relief of the same character as that which may be granted finally," but an injunction should not be granted where the issue in question is "not of the same character, and deals with [matters] lying wholly outside the issues in the suit." *Kaimowitz v. Orlando, Fla.*, 122 F.3d 41, 43 (11th Cir. 1997). In this instance, the plaintiff's complaint dealt with events which were alleged to have occurred at the Shelby County Detention Center, not the Donaldson Correctional Facility. Accordingly, his request for preliminary injunctive relief lies outside the issues presented in this action.

The Clerk is DIRECTED to treat doc. 49 as a Section 1983 complaint and to file the document under a new civil case number.

**DONE** and **ORDERED** on September 23, 2016.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE